JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Joe Morin Rangel, | ) | Case No. **CV 09-2947-JFW** |
| | ) | **[CR 05-578-JFW]** |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to this Court's March 22, 2010 Order denying Petitioner Joe Morin Rangel's Motion to Vacate, Set Aside, or Correct Sentence,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

The Clerk is ordered to enter this Judgment.

Dated: March 22, 2010     _____
                                                          JOHN F. WALTER
                                               UNITED STATES DISTRICT JUDGE